IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| ELIZABETH ZAHREBELSKI, | ) | 09-05467 |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on August 10, 2018, by First Class U.S. Mail to the persons shown on the attached service list.


GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300                                          BY:/s/ Gina B. Krol
                                                       Ch 7 Bankruptcy Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 09-05467<br>Northern District of Illinois<br>Chicago<br>Fri Aug 10 14:49:19 CDT 2018 | Cohen & Krol<br>105 W. Madison Street<br>Suite 105<br>Chicago, IL 60602-4600 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| 105 West Madison<br>16 Mcleland Rd.<br>Saint Cloud, IL 56303-2198 | 105 West Madison<br>701 East 60th St. N<br>Sioux Falls, IL 57104-0432 | 105 West Madison<br>P.O Box 23007<br>Columbus, IL 31902-3007 |
| 105 West Madison<br>P.O Box 98873<br>Las Vegas, IL 89193-8873 | American Express<br>c/o Becket and Lee<br>Po Box 3001<br>Malvern, PA 19355-0701 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Bac / Fleet Bankcard<br>Po Box 26012<br>Greensboro, NC 27420-6012 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Carson Pirie Scott<br>PO Box 10298<br>Jackson, MS 39289-0298 |
| Chase- BP<br>Attention:  Banktruptcy Department<br>Po Box 100018<br>Kennesaw, GA 30156-9204 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Discover Financial<br>Attention:  Bankruptcy Department<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Emerge/First Natl Bk of Omaha/Compunet<br>Po Box 23007<br>Columbus, GA 31902-3007 | First National Bank of Marin/Credit One<br>Customer Service<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | First Premier Bank<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |
| Fleet Bank<br>P O Box 1070<br>Newark, NJ 07101-1070 | GEMB / HH Gregg<br>Attention: Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076-9106 | GEMBHH Gregg, Bankruptcy Department<br>P.O Box 103106<br>Roswell, IL 30076-9106 |
| Hsbc/rs<br>90 Christiana Rd<br>New Castle, DE 19720-3118 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kohls<br>Attn:  Recovery<br>Po Box 3120<br>Milwaukee, WI 53201-3120 |
| Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274-0281 | Sears/cbsd<br>701 East 60th St N<br>Sioux Falls, SD 57104-0432 | Wfnnb/new York & Compa<br>220 W Schrock Rd<br>Westerville, OH 43081-2873 |
| Wfnnb/service Merch Pr<br>Po Box 2974<br>Shawnee Mission, KS 66201-1374 | Dean C Harvalis<br>Office of the United States Trustee<br>219 South Dearborn Street<br>Room 873<br>Chicago, IL 60604-2027 | Elizabeth Zahrebelski<br>1349 Deerfield Lane<br>Bartlett, IL 60103-1826 |

Gina B Krol
Cohen & Krol
105 West Madison St Ste 1100
Chicago, IL 60602-4600

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Nc4-105-03-14
4161 Piedmont Pkwy
Greensboro, NC 27420

Citibank
Attention: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64915

(d)Citibank Na
Attn.:  Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

(d)Citibank Usa
Attn.: Centralized  Bankruptcy
Po Box 20507
Kansas City, MO 64195

Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303

(d)Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Christina Feller

(u)Raymond Peppelman

(u)Wendy C Elsey

End of Label Matrix
Mailable recipients    31
Bypassed recipients     3
Total                  34

UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In Re: §
§
ZAHREBELSKI, ELIZABETH § Case No. 09-05467 JSB
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        JEFFREY P. ALLSTEADT
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 09/07/2018 in Courtroom 240,
        Kane County Courthouse
        100 S. Third Street
        Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/08/2018        By: Gina B. Krol
                                                                         Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ZAHREBELSKI, ELIZABETH | § | Case No. 09-05467 JSB |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 467,706.19 |
| and approved disbursements of | $ | 229,181.59 |
| leaving a balance on hand of[1] | $ | 238,524.60 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 17,454.72 | $ 0.00 | $ 17,454.72 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,496.00 | $ 0.00 | $ 2,496.00 |
| Other: Cohen & Krol | $ 22.78 | $ 0.00 | $ 22.78 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 19,973.50 |
| Remaining Balance | $ 218,551.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,684.96  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | $ 7,658.59 | $ 0.00 | $ 7,658.59 |
| 000002 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | $ 6,654.30 | $ 0.00 | $ 6,654.30 |
| 000003 | Jefferson Capital Systems LLC Po Box 7999 Saint Cloud Mn 56302-9617 | $ 6,437.07 | $ 0.00 | $ 6,437.07 |
| 000004 | Chase- BP Attention: Banktruptcy Department Po Box 100018 Kennesaw, GA 30156 | $ 939.00 | $ 0.00 | $ 939.00 |
| 000005 | Citibank Attention: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64915 | $ 6,142.00 | $ 0.00 | $ 6,142.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Citibank Usa<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | $ 882.00 | $ 0.00 | $ 882.00 |
| 000008 | First National Bank of Marin<br>P.O Box 98873<br>Las Vegas, NV 89193 | $ 900.00 | $ 0.00 | $ 900.00 |
| 000009 | First Premier Bank<br>Po Box 5524<br>Sioux Falls, SD 57117 | $ 573.00 | $ 0.00 | $ 573.00 |
| 000010 | GEMBHH Gregg,<br>Bankruptcy Department<br>P.O Box 103106<br>Roswell, GA 30076 | $ 1,463.00 | $ 0.00 | $ 1,463.00 |
| 000012 | Kohls<br>Attn: Recovery<br>Po Box 3120<br>Milwaukee, WI 53201 | $ 563.00 | $ 0.00 | $ 563.00 |
| 000014 | Sears<br>701 East 60th St. N<br>Sioux Falls, SD I 57117 | $ 473.00 | $ 0.00 | $ 473.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 32,684.96 |
| | Remaining Balance | | | $ 185,866.14 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.6 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 1,998.82 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 183,867.32 .

Prepared By: /s/GINA B. KROL
                              Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.